IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NEAL HALEY AND SHERRY HALEY, ET AL                    PLAINTIFFS

VS.                                   CIVIL ACTION NO. 4:09-CV-094-P-S

MERIAL, LIMITED, MERIAL, LLC, AND
MERIAL, INC.                                          DEFENDANTS

**AGREED ORDER EXTENDING DEADLINE
FOR FILING RESPONSES TO COMPLAINT**

Plaintiffs filed a Complaint in the above-referenced matter on 31 August 2009 and summons was issued for Merial, Limited, Merial LLC, and Merial, Inc. (collectively "Merial defendants") on that same date. Merial LLC was served with process on 2 September 2009. Merial, Inc. was served with process on 3 September 2009. Service was attempted on Merial Limited on 4 September 2009. Given the complex nature of this case, counsel for Plaintiffs and counsel for the Merial defendants have advised the Court that they have reached an agreement providing that the Merial defendants shall have an additional thirty (30) days time to file any motion, response or responsive pleading to Plaintiffs' Complaint.

Based on the foregoing agreement of the parties, and the Court otherwise being fully advised in the premises, it is hereby ordered that the Merial defendants shall have the agreed upon additional thirty (30) days to file any motion, response or responsive pleadings to the Complaint in this matter. Thus, the Merial defendants are hereby ordered to file the same with the Court on or before 22 October 2009.

SO ORDERED this the 24th day of September, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE