IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NEAL HALEY AND SHERRY HALEY, ET AL            PLAINTIFFS

VS.            CIVIL ACTION NO. 4:09-CV-094-P-S

MERIAL LIMITED, MERIAL LLC, AND
MERIAL, INC.            DEFENDANTS

**AGREED ORDER EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS
<u>AND REQUESTS FOR ADMISSION</u>**

This matter is before the Court on the Defendants' *ore tenus* motion for additional time to serve responses to Plaintiffs discovery requests and Requests for Admission. There is no objection to the motion and the court finds the same to be well taken.

IT IS, THEREFORE, ORDERED that the Defendants' motion for an extension of time to serve responses to Plaintiffs' Interrogatories, Document Production Requests, and Requests for Admission is granted and responses to the same shall now be due on or before May 21, 2010.

SO ORDERED, THIS the 5th day of May, 2010.

           /s/David A. Sanders
           UNITED STATES MAGISTRATE JUDGE