**IN THE UNITED STATES DISTRICT COURT  
FOR THE NORTHERN DISTRICT OF MISSISSIPPI  
GREENVILLE DIVISION**

**NEAL HALEY, ET AL.**

**VS.**                                                       **CIVIL ACTION NO. 4:09CV94-WAP-DAS**

**MERIAL, LIMITED, ET AL.**

## ORDER

Before the court is the plaintiffs' motion to seal documents and to challenge protective order (# 100). The plaintiffs have apparently inadvertently filed documents that were produced by defendants in discovery and had been stamped "confidential" pursuant to the protective order entered in this case on April 20, 2010. The plaintiffs seek an order of the court sealing the documents pending a determination by the court regarding the "confidential" nature of the documents. Because the nature of this document has yet to be established, entry of an order sealing it would be premature. Nevertheless, the court believes that under the circumstances, restricting access to the document will serve as a sufficient remedy until such time as the nature of the document can be determined by the court.

**THEREFORE, IT IS ORDERED**:

1. That the plaintiffs' motion to seal documents and challenge protective order is granted in part and denied in part.

2. That clerk of this court shall forthwith **RESTRICT ACCESS** to **Exhibit A to Document # 97** to counsel of record for this case, and the document shall remain filed under restricted access until further order of the court.

3. That within ten (10) days of this date, defendants shall file a response to plaintiffs'

challenge of the confidential nature of the documents and show cause, if any, why the court should not lift the above restriction on the documents.

**SO ORDERED**, this the 26th day of August, 2010.

                                                **/s/ David A. Sanders**
                                                 UNITED STATES MAGISTRATE JUDGE