IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NEAL HALEY AND SHERRY HALEY, ET AL                    PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 4:09-CV-094-P-S

MERIAL, LIMITED, MERIAL, LLC, AND
MERIAL, INC.                                                 DEFENDANTS

## **ORDER**

THIS CAUSE having come before the Court on the defendant Merial's Motion to Seal Exhibits [Doc. 147], and the Court being fully advised of the premises, finds that the motion is well taken, and does hereby find as follows:

1. Pursuant to the Court's Protective Order [Doc. 40], Merial designated the Letter from Jana L. Korhonen, Esq. to Donna Andrews (Apr. 20, 2010) report as a "Confidential" document.

2. Additionally, the parties by agreement designated the deposition testimony of "the Employee" as "Confidential."

3. Both documents contain confidential, private information regarding "the Employee," including her identity and the substance of her allegations against Merial.

4. Public dissemination of the confidential, private information contained in these documents could be viewed as a violation of "the Employee's" privacy interests.

IT IS, THEREFORE, ORDERED that Merial shall file the Excerpts from Employee Deposition and Excerpts from Letter from Jana L. Korhonen, Esq. to Donna Andrews (Apr. 20, 2010) under seal as exhibits to Merial's Motion to Strike Scandalous and Unfounded

Accusations, and that the documents shall remain under seal permanently unless or until this Court enters an order unsealing the exhibits.

SO ORDERED AND ADJUDGED this the 17th day of November, 2010

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

/s/Lee Davis Thames
Lee Davis Thames (MB #8061)

ATTORNEY FOR MERIAL LIMITED/MERIAL LLC

Jackson 5732475v1