## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**NEAL HALEY and SHERRY HALEY, ET AL.**                                        **PLAINTIFFS**

**V.**                                                                  **NO. 4:09CV00094-WAP-DAS**

**MERIAL, LIMITED, ET AL.**                                                    **DEFENDANTS**

### ORDER

Having conducted a telephonic status conference in this case today, the court has determined that this case should proceed with respect to merits issues, pending a ruling on the class certification motion. Therefore,

IT IS ORDERED that the following deadlines and discovery limits now control:

1. Amendments to the pleadings are due by 4/30/12.

2. Plaintiffs' experts shall be designated by 6/29/12.

3. Defendants' experts shall be designated by 7/30/12.

4. Discovery shall be completed by 9/17/12.

5. Dispositive motions shall be filed by 10/2/12.

6. Plaintiffs and defendants will be allowed to conduct discovery collectively.

7. Collective plaintiffs and collective defendants are limited to propounding no more than 45 requests for admission, 45 interrogatories, and 45 requests for production per opposing group.

8. Collective plaintiffs and collective defendants are limited to 7 fact witness depositions per opposing group.

IT IS FURTHER ORDERED that the parties shall notify the court within 5 days of entry of a ruling on the class certification motion. If the motion is granted, the foregoing deadlines

and limitations will be reexamined at that time. However, if the motion is denied, a trial date consistent with the foregoing deadlines will be set.

    This 15th day of March, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE