**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NEAL HALEY, ET AL.**

**VS.**                                                **CIVIL ACTION NO. 4:09CV94-DAS**

**MERIAL, LIMITED, ET AL.**

## ORDER

Consistent with the court's oral ruling during a telephonic hearing held this day,

**IT IS ORDERED:**

That Plaintiffs' Motion to Compel [299] production of the subject computer during a deposition–on a date certain– which did not take place is **DENIED**.

**SO ORDERED**, this the 26th day of September, 2012.

                                                     **/s/ Jane M. Virden**
                                                     UNITED STATES MAGISTRATE JUDGE