IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NEAL HALEY, SHERRY HALEY, and
CLAYTON DAVIS, on behalf of themselves
and others similarly situated                           PLAINTIFFS

v.                                    CIVIL ACTION NO. 4:09-CV-00094-GHD-JMV

MERIAL, LIMITED; MERIAL, LLC; and
MERIAL, INC.                                           DEFENDANTS

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

COME NOW both Plaintiffs and Defendants, through their respective counsel, and

hereby advise the Court that they have now finalized all documents attendant to a final resolution

of this case as announced by the Court on February 14, 2014. In light of the completion of all

documents and other matters attendant to the resolution of this case, the Parties jointly request

that the Court now enter a Final Order of Dismissal with Prejudice in connection with all claims

that were or could have been associated with this particular case.

WHEREFORE, PREMISES CONSIDERED, the Court hereby finds that this case should

now be fully and finally dismissed with prejudice.

SO ORDERED, this the _23rd_ day of May, 2014.

_____
SENIOR JUDGE

AGREED TO:

*/s/: Archie I. Grubb, II* _____
Archie I. Grubb, II
C. W. Walker, III
Heath S. Douglas
Lawrence E. Abernathy, III

COUNSEL FOR PLAINTIFFS


*/s/: Michael E. McWilliams* _____
Lee Davis Thames
Michael E. McWilliams
Kyle V. Miller

COUNSEL FOR MERIAL
DEFENDANTS